JAMES FINNEGAN and MARGARET FINNEGAN, appellants,

*v.*

WILLIAM TINNOCK, respondent.

On appeal from a decree of the chancellor, setting aside certain transfers of chattels and lands made by James Finnegan to his wife, Margaret Finnegan, because fraudulent as to William Tinnock, a judgment creditor of James Finnegan, whose judgment, founded on his endorsement and subsequent payment of a promissory note of James Finnegan, had not been obtained when the transfers were made.

*Mr. S. B. Ransom,* for the appellants.

*Mr. George S. Hilton* and *Mr. Henry E. Samuels,* for the respondent.

PER CURIAM.
This decree unanimously affirmed.